## UNION DIME SAVINGS INSTITUTION *v.* JOSEPH W. DURYEA, GIBBONS L. KELTS, AND OTHERS, APPELLANTS, AND HENRY C. BISPHAM, RESPONDENT.

*Surplus moneys — judgment " secured on appeal " — effect of restoration of lien of.*

On the 17th of March, 1873, Bispham recovered a judgment against Keech, which was, on the twenty-eighth of the following July, marked "secured on appeal." On the 29th of December, 1873, a new trial was granted, on the ground of newly discovered evidence, the judgment being ordered to stand as security. Between the twenty-eighth of July and the twenty-ninth of December, Keech, in order to secure a prior indebtedness, executed a mortgage on the premises in question to Kelts & Co., who, in consideration thereof, extended the time of payment of their account against Keech. On an application for the distribution of the surplus moneys arising upon the sale of the premises under a prior mortgage, *held*, that the mortgage of Kelts & Co. should be paid in preference to the judgment.

APPEAL from an order of the Special Term, sustaining the exceptions of the respondent, Bispham, to the report of a referee, appointed in an application for the distribution of the surplus moneys arising on a sale upon the foreclosure of a mortgage.

*Alex. Ostrander*, for the appellants.

*Benj. T. Kissam*, for the respondent.

Opinion by Barrett, J.

Davis, P. J., and Daniels, J., concurred.

Order reversed, with costs and disbursements; exceptions to the referee's report overruled, and motion to confirm report granted, with ten dollars costs.